## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

THE FIRST CHRISTIAN CHURCH OF
MCPHERSON, KANASAS,

     Plaintiff,

v.

CONTINENTIAL WESTERN INSURANCE
COMPANY,

     Defendant.

Case No.

### DEFENDANT'S NOTICE OF REMOVAL

     COMES NOW Defendant Continental Western Insurance Company ("Continental Western"), by and through its counsel of record, with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, hereby removes the above-captioned matter from the Ninth Judicial District Court of McPherson County, Kansas to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support, Defendant states as follows:

     1.     This action is presently pending in the Ninth Judicial District Court of McPherson County, Kansas under Case No. 2021-CV-000038 (the "Action").  The First Christian Church of McPherson, Kansas ("Plaintiff") filed its Petition and Amended Petition on June 4, 2021.  The Alias Summons and Amended Petition were received by the Kansas Department of Insurance on June 9, 2021.  *See **Exhibit A.***

     2.     Pursuant to 28 U.S.C. § 1446(b), Defendant has 30 days from the receipt of the Alias Summons and Amended Petition to seek removal of the action to this Court.  Accordingly, this Notice of Removal is timely filed.

3.     This action is subject to removal to this Court pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1367.  As alleged in Plaintiff's Amended Petition, Plaintiff is a not for profit corporation organized and existing in the State of Kansas, and maintains a principal place of business in McPherson County, Kansas.  See Exhibit A, Plaintiff's Amended Petition at ¶1.  Continental Western Insurance Company is incorporated under the laws of Iowa with its principal place of business in Urbandale, Iowa 50322.  *See* **Exhibit B**, affidavit of Christopher Crawford. Accordingly, there is complete diversity.  Plaintiff also demands relief in excess of $75,000.  *See* **Exhibit A,** Plaintiff's Amended Petition at ¶34 and WHERFORE clause.

4.     As required by 28 U.S.C. § 1446(a) and Local Rule 81.2, a copy of all records and proceedings from the Ninth Judicial District Court of McPherson County, Kansas are attached as **Exhibit A.**

5.     In accordance with 28 U.S.C. § 1446(d) and Local Rule 81.1(c)(2), Defendant is filing a written notice of this removal, including a copy of this Notice of Removal, with the Clerk of Ninth Judicial District Court of McPherson County, Kansas.  A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff.  A copy of the Notice of Filing Notice of Removal (without attachments) is attached as **Exhibit C.**

6.     Continental Western reserves the right to amend or supplement this Notice of Removal.

7.     Continental Western reserves all defenses.

WHEREFORE, Defendant Continental Western Insurance Company prays that this action be removed from the Ninth Judicial District Court of McPherson County, Kansas to the United States District Court for the District of Kansas.

Dated: July 9, 2021                              Respectfully submitted:

*/s/ Jean-Paul Assouad*

| | |
|---|---|
| Jean-Paul Assouad | KS #20692 |
| Isaac W. Straub | KS #28430 |

KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
P: 816-960-0090; fax: 816-960-0041
Jean-Paul.Assouad@kutakrock.com
Isaac.Straub.@kutakrock.com
ATTORNEYS FOR DEFENDANT
CONTINENTAL WESTERN INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a true and correct copy of the above and foregoing *Notice of Removal* was filed with the Court's CM/ECF electronic filing system and a copy was sent to the following by electronic mail:

Michelle Boehm O'Neal
THE HERSHEWE LAW FIRM, P.C.
431 S. Virginia
Joplin, MO 64801
moneal@h-law.com
ATTORNEY FOR PLAINTIFF

*s/ Jean-Paul Assouad*
ATTORNEY FOR DEFENDANT