# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE FIRST CHRISTIAN CHURCH OF MCPHERSON, KANASAS,<br><br>　　Plaintiff,<br><br>v.<br><br>CONTINENTIAL WESTERN INSURANCE COMPANY,<br><br>　　Defendant. | Case No. 6:21-CV-01173 |

## ORDER OF DISMISSAL WITH PREJUDICE

Per the parties' joint stipulation for dismissal with prejudice (Doc. 66), all claims brought by Plaintiff against Defendant are dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated this 9th day of March, 2023.**

_____
**Eric F. Melgren**
**Chief United States District Judge**